UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EDDIE LAREECE PITTMAN ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | 5:23-CV-256-FL |
| WAKE TECHNICAL COMMUNITY ) | |
| COLLEGE, JASON WHITEHEAD, ) | |
| ANDREW LLOYD, CHRIS WALKER, ) | |
| and ZAID KHALIL *and father* ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which objection was not filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 21, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED for failure to state a claim upon which relief may be granted.

**This Judgment Filed and Entered on August 21, 2023, and Copies To:**
Eddie LaReece Pittman (via US mail)   315 West Elliot Road, Ste 107, #297, Tempe, AZ 85284


August 21, 2023                                    PETER A. MOORE, JR., CLERK

                                                   /s/ Sandra K. Collins
                                           (By)    Sandra K. Collins, Deputy Clerk